

**IN THE COURT OF CRIMINAL APPEALS**
**OF TEXAS**

**NO. WR-60,937-06**

**EX PARTE U. S. CARNELL PETETAN JR., Applicant**

**ON APPLICATION FOR POST-CONVICTION WRIT OF HABEAS CORPUS**
**IN CAUSE NO. 2012-2331-C1A IN THE 19ᵀᴴ JUDICIAL DISTRICT COURT**
**McLENNAN COUNTY**

*Per curiam*.

**O R D E R**

In April 2014, a jury found Applicant guilty of the offense of capital murder. *See*
TEX. PENAL CODE § 19.03(a). Based on the jury's answers to the statutory punishment
questions set out in Texas Code of Criminal Procedure Article 37.071, the trial court
sentenced Applicant to death.[1] On June 6, 2016, the State filed in this Court its brief on
Applicant's direct appeal. Pursuant to Article 11.071 §§ 4(a) and (b), Applicant's initial

---

[1] Unless otherwise indicated, all references in this order to Articles refer to the Texas
Code of Criminal Procedure.

application for a writ of habeas corpus was due to be filed in the trial court on or before October 19, 2016, assuming a motion for extension was timely filed and granted. *See* Art. 11.071 §§ 4(a) and (b).

It has been more than four years since the application was due in the trial court. Accordingly, we order the trial court to resolve any remaining issues in the case within 60 days from the date of this order. The clerk shall then immediately transmit the complete writ record to this Court. Any extensions of time shall be requested by the trial judge, or on his or her behalf, and obtained from this Court.

IT IS SO ORDERED THIS THE 13TH DAY OF JANUARY, 2021.

Do Not Publish